UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH PATEL and OHM SANKER MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEWOOK KIM, JUNE KIM, and SOTO ENTERPRISES, LLC, et. al., <br><br> Defendants. | Case No.: 20-cv-2380-WQH-AGS <br><br> **ORDER** |

HAYES, Judge:

Pursuant to the parties' Stipulation Re Dismissal with Prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 17),

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own costs and attorneys' fees. The Clerk of the Court shall close the case.

Dated: April 11, 2022

Hon. William Q. Hayes
United States District Court